## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TIFFANY MARIE ZINCHINI** , | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 12-465 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Eddy |
| **JAGUAR LAND ROVER NORTH** | ) | |
| **AMERICA, LLC; AND JAGUAR** | ) | |
| **LAND ROVER** | ) | |
| Defendants. | ) | |

## <u>MEMORANDUM ORDER</u>

This case was referred to United States Magistrate Judge Cynthia Reed Eddy for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Rules 72.C and 72.D of the Local Rules for Magistrates.

On March 1, 2013, the Magistrate Judge issued a Report and Recommendation (Doc. 39), recommending that Defendant Jaguar Land Rover North America's motion for judgment on the pleadings (Doc. 24) be denied. Service of the Report and Recommendation was made on the parties, Defendant timely filed Objections (Doc. 41) and Plaintiff timely filed an Opposition to Objections (Doc. 42).

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, Objections thereto, and Opposition to Objections, it is hereby ORDERED that the Report and Recommendation of March 1, 2013 is adopted as the opinion of the Court.

IT IS FURTHER ORDERED that Defendant Jaguar Land Rover North America's motion for judgment on the pleadings (Doc. 24) is DENIED.

April 30, 2013

s/ Cathy Bissoon
Cathy Bissoon
United States District Judge

cc:

All attorneys of record (via CM/ECF e-mail).